UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHRISTOPHER ZONA,

        Plaintiff,

v.                               Civil Action No. 20-CV-06322

PIONEER CREDIT RECOVERY, INC.,

        Defendant,

---

### NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Susan Zona, hereby voluntarily dismisses this action against Defendant Pioneer Credit Recovery, Inc., with prejudice.

DATED: 12/04/2020

*/s/ Seth J. Andrews*
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller, PLLC
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288
Facsimile: (716) 332-1884

    So ordered. Clerk is directed to close this matter.
    12/7/2020

*Charles J. Siragusa*
CHARLES J. SIRAGUSA
United States District Judge